**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Mark Austin Rosetta | |
| | **Debtor(s)** | Case No.: 18–36002 |
| | | Chapter: 13 |

ENTERED
04/08/2019

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.


Signed and Entered on Docket: 4/8/19

_____
Jeffrey P. Norman
United States Bankruptcy Judge